FILED BY ___ D.C.

05 AUG -9 PM 2: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOE NEAL, )
  )
    Plaintiff, )
  )
vs. ) NO. 02-CV-2943V
  )
ACCEPTANCE INSURANCE COMPANY, )
  )
    Defendant. )

## ORDER OF DISMISSAL WITH PREJUDICE

This date came the parties in the above captioned cause and stated unto the Court that all issues had been resolved by way of compromise, and they jointly requested that the Court enter a judgment of dismissal with prejudice with no court costs to be assessed and no discretionary fees to be applied for or assessed.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the within action brought by Joe Neal be and the same is hereby dismissed with prejudice with no court costs to be assessed and no discretionary fees to be applied for or assessed.

This the 8th day of August, 2005.

ENTER:

_____
Judge Diane K. Vescovo

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-9-05

APPROVED FOR ENTRY:

_____
Gerald S. Green
Attorney for Plaintiff
147 Jefferson Ave. # 800
Memphis, TN 38103-2238

_____
Russell E. Reviere (BPR #07166)
RAINEY, KIZER, REVIERE & BELL, P.L.C.
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, Tennessee 38301

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:02-CV-02943 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable Diane Vescovo
US DISTRICT COURT